IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACY ELLIS | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| DELAWARE MANAGEMENT | : | |
| HOLDINGS, INC. d/b/a DELAWARE | : | |
| INVESTMENTS | : | NO. 02-3622 |

O R D E R

AND NOW, this 10th day of January, 2003, upon consideration of the Parties Joint Motion to Extend all Deadlines (Doc. 17) and Defendant's Motion to Modify the Court's Scheduling Order (Doc. No. 16), IT IS HEREBY ORDERED that the Motions are GRANTED as follows:

1. All deadlines contained in the Court's September 16, 2002 Scheduling Order are extended by thirty (30) days;

2. The Final Pretrial Conference will be held on April 30, 2003 at 9:30 a.m. in Chambers; and

3. This matter will be placed in the trial pool as of May 1, 2003.

**There will be no further extensions to the Scheduling Order granted in this matter.**

BY THE COURT:

_____
JOHN R. PADOVA,      J.