IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRACY ELLIS                          :
                                     :    CIVIL ACTION
            v.                       :
                                     :    No. 02-3622
DELAWARE MANAGEMENT HOLDINGS,        :
INC. d/b/a DELAWARE INVESTMENTS      :

## ORDER

**AND NOW**, this 3rd day of March, 2003, **IT IS HEREBY ORDERED** that:

　　1.　TRIAL in the above captioned case shall commence on May 12, 2003, in Courtroom 6-A, at 10:00 a.m.

　　2.　A Final Pretrial Conference is scheduled for April 30, 2003, at 9:30 a.m.

BY THE COURT:


_____
John R. Padova, J.